U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 14 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRADLEY LINN                                CIVIL ACTION NO. 13-cv-3238

VERSUS                                      JUDGE STAGG

CAROLYN SAITIN, ET AL                       MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **dismissed with prejudice** as being frivolous.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of January, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE